AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Jim Lee, )
)
*Plaintiff* )
)
v. ) Civil Action No. 4:21-cv-433
)
Bankroll Capital, Inc., )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bankroll Capital, Inc.
500 Technology Drive, #490
Irvine, California 92618.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/8/21

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bankroll Capital, Inc.
was received by me on *(date)* 6/8/21 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Elizabeth Gonzalez of CA Corporate Agents , who is designated by law to accept service of process on behalf of *(name of organization)* Bankroll Capital, Inc. 16830 Ventura Blvd., Ste. 360, Encino, CA 91436 on *(date)* 6/10/21 @ 1:52 p.m. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 11, 2021

*Server's signature*

Jeff Star, a California registered process server #2837
*Printed name and title*

Star Services, Inc.
10573 W. Pico Blvd., #215
Los Angeles, CA 90064
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons; Complaint and Civil Case Cover Sheet

Print   Save As...   Reset