# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JIM LEE, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:21-CV-00433 |
| § | Judge Mazzant |
| v. § | |
| § | |
| BANKROLL CAPITAL, INC., § | |
| § | |
| *Defendant.* § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Withdraw as Counsel (Dkt. #6). Having considered the motion and the relevant pleadings, the Court finds that the motion should be granted.

It is therefore **ORDERED** that Plaintiff's Motion to Withdraw as Counsel (Dkt. #6) is hereby **GRANTED.**

Amy L. Bennecoff Ginsburg with the law firm of Kimmel & Silverman, P.C., is withdrawn as counsel of record for Plaintiff. The Clerk is directed to terminate all CM/ECF notifications as to Amy L. Bennecoff Ginsburg for this action

**IT IS SO ORDERED.**
**SIGNED this 5th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE