UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Jim Lee

v.   Civil No. 4:21-cv-00433-ALM

Bankroll Capital, Inc.

## CLERK'S ENTRY OF DEFAULT

On this 4th day of October, 20 21, it appearing from the affidavit(s) in support of default of Jacob U. Ginsburg, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Bankroll Capital, Inc.

DAVID A. O'Toole, CLERK

By: _____
    Deputy Clerk

p:\DFLT.ord