IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS (SHERMAN)

| | |
|---|---|
| **Jim Lee,** § § § | |
| Plaintiff, § | **Civil Action No. 4:21-cv-00433-ALM** |
| § § | |
| **v.** § § | |
| **Bankroll Capital, Inc.,** § § | |
| Defendant. § § § § | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Plaintiff, Jim Lee, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses his claims without prejudice against Defendant Bankroll Capital, Inc.

                                                Respectfully submitted,

Dated: March 4, 2022            By: */s/ Jacob U. Ginsburg*
                                                Jacob U. Ginsburg, Esq.
                                                Kimmel & Silverman, P.C.
                                                30 East Butler Ave.
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Facsimile: (877) 788-2864
                                                Email: jginsburg@creditlaw.com
                                                teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

    I, Jacob U. Ginsburg, Esq., hereby certify that a true and correct copy of the this notice of voluntary dismissal was served on the below party via US Mail on March 4, 2022:

        Bankroll Capital, Inc.
        500 Technology Drive, #490
        Irvine CA 92618

        */s/ Jacob U. Ginsburg*